**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Beverly Barnes and Brian Johnston, on behalf of themselves and all others similarly situated, ) ) ) | **ORDER** |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 1:07-cv-074 |
| Zurn Pex, Inc. and Zurn Industries, Inc., ) ) | |
| Defendants. ) | |

Before the court is Defendants' motion for attorney Catherine G. Davis to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Ms. Davis has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fee to the office of the clerk. Accordingly, Defendants' motion (Docket No. 25) is **GRANTED**. Attorney Catherine G. Davis is admitted to practice before this court in this matter on behalf of Defendants.

**IT IS SO ORDERED.**

Dated this 12th day of February, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge
